2:25 PM
04/21/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### October through December 2005

| | | | | Oct - Dec 05 |
|---|---|---|---|---|
| Ordinary Income/Expense | | | | |
| Income | | | | |
| deposit | | | | 6,055.12 |
| Fees | | | | |
| Patient Fees | | | | |
| Payment Plans | | | | |
| Alliance Payment Technologies | 9,494.99 | | | |
| AFFILIATED ACCEPTANCE PAYMENTS | 1,569.32 | | | |
| Total Payment Plans | | 11,064.31 | | |
| Patient Checks | | 18,912.10 | | |
| CHECKS | | 35,838.50 | | |
| CREDIT CARD | | | | |
| AMEX | 80.40 | | | |
| DISCOVER | 388.00 | | | |
| MASTERCARD | 1,112.00 | | | |
| VISA | 1,808.30 | | | |
| CREDIT CARD - Other | 9,865.46 | | | |
| Total CREDIT CARD | | 13,254.16 | | |
| DENTAL FINANCING PLANS | | | | |
| Dental Fee Plan | -458.61 | | | |
| Total DENTAL FINANCING PLANS | | -458.61 | | |
| Patient Fees - Other | | 13,157.46 | | |
| Total Patient Fees | | | 91,767.92 | |
| Total Fees | | | | 91,767.92 |
| Total Income | | | | 97,823.04 |
| Expense | | | | |
| Advertising | | | | |
| help wanted | | | 99.00 | |
| Marketing | | | | |
| Printing Mailers and Newsletter | | 527.76 | | |
| Total Marketing | | | 527.76 | |
| Total Advertising | | | | 626.76 |
| Bank Service Charges | | | | |
| National EFT ACHFees | | | 81.00 | |
| CLAIMS PROCESSING CENTER | | | 101.01 | |
| TELECHECK | | | 371.93 | |
| Bank Service Charges - Other | | | 1,708.44 | |
| Total Bank Service Charges | | | | 2,262.38 |

2:25 PM
04/21/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### October through December 2005

| | | | Oct - Dec 05 |
|---|---|---|---|
| Continuing Education | | | |
| Books | | 181.86 | |
| Total Continuing Education | | | 181.86 |
| Dental Lab Fees | | | |
| Dental Logic | | 544.00 | |
| Kaiser | | 3,467.24 | |
| Dental Lab Fees - Other | | 538.16 | |
| Total Dental Lab Fees | | | 4,549.40 |
| DONATIONS AND CONTRIBUTIONS | | | 400.00 |
| Insurance | | | |
| Liability Insurance | | 409.50 | |
| Total Insurance | | | 409.50 |
| Licenses and Permits | | | 160.00 |
| MAINTENANCE | | | |
| Electrical | | 229.58 | |
| MAINTENANCE - Other | | 341.74 | |
| Total MAINTENANCE | | | 571.32 |
| Payroll Expense | | | 6,431.06 |
| Payroll Taxes | | | |
| 941 (Current Taxes) | | 2,100.00 | |
| Total Payroll Taxes | | | 2,100.00 |
| Professional Fees | | | |
| Legal Fees | | 800.00 | |
| Total Professional Fees | | | 800.00 |
| REFUND | | | |
| PT REFUND | | 364.66 | |
| REFUND CHECK Payroll Expenses | | 706.62 | |
| REFUND - Other | | 2,500.00 | |
| Total REFUND | | | 3,571.28 |
| Rent | | | |
| 719 Cottage Grove (main) | | 10,369.84 | |
| Total Rent | | | 10,369.84 |
| SUPPLIES | | | |
| Dental Supplies | | 3,414.77 | |
| Office Supplies | | | |
| Computer Software | | | |
| SOFTWARE | 1,012.00 | | |
| Computer Software - Other | 100.53 | | |
| Total Computer Software | 1,112.53 | | |

2:25 PM
04/21/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### October through December 2005

| | | | |
|---|---|---|---|
| | Oct - Dec 05 | | |
| Office | 707.26 | | |
| Postage and Delivery | 343.00 | | |
| Office Supplies - Other | 2,004.26 | | |
| Total Office Supplies | | 4,167.05 | |
| SUPPLIES - Other | | 86.41 | |
| Total SUPPLIES | | | 7,668.23 |
| Taxes | | | 1,454.37 |
| Travel & Ent | | | |
| Meals | | 303.23 | |
| Travel & Ent - Other | | 1,644.50 | |
| Total Travel & Ent | | | 1,947.73 |
| UNIFORMS | | | |
| Laundry Fees | | 37.88 | |
| UNIFORMS - Other | | 37.88 | |
| Total UNIFORMS | | | 75.76 |
| Utilities | | | |
| Telephone | | | |
| Cell phone | 425.49 | | |
| ANSWERING SERVICE | 38.39 | | |
| Appointment Desk | 1,091.02 | | |
| Telephone - Other | 500.00 | | |
| Total Telephone | | 2,054.90 | |
| Total Utilities | | | 2,054.90 |
| VOID | | | 542.69 |
| Total Expense | | | 46,177.08 |
| Net Ordinary Income | | | 51,645.96 |
| Net Income | | | **51,645.96** |

2:51 PM
04/06/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### January through March 2006

| | Jan - Mar 06 |
|---|---|
| Ordinary Income/Expense | |
| Income | |
| deposit | 32.28 |
| Fees | |
| Patient Fees | |
| Payment Plans | |
| Alliance Payment Technologies | 19,638.28 |
| AFFILIATED ACCEPTANCE PAYMENTS | 689.60 |
| Total Payment Plans | 20,327.88 |
| Patient Checks | 49,426.08 |
| CHECKS | 10,713.32 |
| CREDIT CARD | |
| AMEX | 605.62 |
| DISCOVER | 993.00 |
| MASTERCARD | 4,006.00 |
| VISA | 2,812.10 |
| CREDIT CARD - Other | 1,618.73 |
| Total CREDIT CARD | 10,035.45 |
| DENTAL FINANCING PLANS | |
| Dental Fee Plan | -74.00 |
| Total DENTAL FINANCING PLANS | -74.00 |
| INSURANCE CHECKS | 1,657.00 |
| Patient Fees - Other | 10,651.97 |
| Total Patient Fees | 102,737.70 |
| Total Fees | 102,737.70 |
| Refund PT Fees | -407.70 |
| Total Income | 102,362.28 |
| Expense | |
| Deposit Return Charge Back | -0.98 |
| Advertising | |
| Marketing | |
| Labels | 250.00 |
| Printing Mailers and Newsletter | 198.00 |
| Gift for Patient | 50.00 |
| Web Site | 413.28 |
| Marketing - Other | 161.25 |
| Total Marketing | 1,072.53 |
| Total Advertising | 1,072.53 |

average = $34,133.00 gross sales

2:51 PM
04/06/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### January through March 2006

| | | Jan - Mar 06 |
|---|---|---|
| Bank Service Charges | | |
| National EFT ACHFees | 40.10 | |
| CLAIMS PROCESSING CENTER | 103.97 | |
| Bank Service Charges - Other | 440.05 | |
| Total Bank Service Charges | | 584.12 |
| Continuing Education | | |
| Books | 535.60 | |
| Continuing Education - Other | 987.00 | |
| Total Continuing Education | | 1,522.60 |
| Dental Lab Fees | | |
| Dental Logic | 3,496.00 | |
| Dental Lab Fees - Other | 1,883.56 | |
| Total Dental Lab Fees | | 5,379.56 |
| DONATIONS AND CONTRIBUTIONS | | 2,300.00 |
| Dues and Subscriptions | | 39.00 |
| Insurance | | |
| Liability Insurance | 556.75 | |
| Work Comp | 797.61 | |
| Insurance - Other | 448.25 | |
| Total Insurance | | 1,802.61 |
| Licenses and Permits | | 450.00 |
| MAINTENANCE | | |
| Computer Repairs | 32.95 | |
| Electrical | 134.18 | |
| Equipment Repairs | 500.00 | |
| Lawn Maintenance | 500.00 | |
| MAINTENANCE - Other | 716.12 | |
| Total MAINTENANCE | | 1,883.25 |
| Miscellaneous | | 259.70 |
| Payroll Expense | | 10,756.53 |
| Payroll Taxes | | |
| CT- Unemployment | 195.43 | |
| 941 (Current Taxes) | 4,347.65 | |
| 940 (FUTA) | 376.36 | |
| CT-WH (CT 941) | 489.24 | |
| Total Payroll Taxes | | 5,408.68 |
| Professional Fees | | |
| Legal Fees | 2,000.00 | |
| Total Professional Fees | | 2,000.00 |
| REFUND | | 20.00 |
| Rent | | 8,637.70 |

2:51 PM
04/06/06
Cash Basis

# SMILE AMERICA DENTAL CENTER
## Profit & Loss
### January through March 2006

| | Jan - Mar 06 | | |
|---|---|---|---|
| SUPPLIES | | | |
| Dental Supplies | | 6,687.60 | |
| Office Supplies | | | |
| Computer Software | 204.15 | | |
| Office | 223.23 | | |
| Postage and Delivery | 1,066.99 | | |
| Office Supplies - Other | 1,270.61 | | |
| Total Office Supplies | | 2,764.98 | |
| Total SUPPLIES | | | 9,452.58 |
| Travel & Ent | | | |
| Meals | | 212.66 | |
| Travel & Ent - Other | | 943.33 | |
| Total Travel & Ent | | | 1,155.99 |
| Utilities | | | |
| Internet Services | | 267.32 | |
| Telephone | | | |
| Cell phone | 58.30 | | |
| ANSWERING SERVICE | 30.12 | | |
| Appointment Desk | 574.59 | | |
| Telephone - Other | 2,200.00 | | |
| Total Telephone | | 2,863.01 | |
| Total Utilities | | | 3,130.33 |
| Total Expense | | | 55,854.20 |
| Net Ordinary Income | | | 46,508.08 |
| Net Income | | | **46,508.08** |

average = 18,6[illegible]